IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


BEN JERMAINE HUGHES, III,

        Plaintiff,

v.                                                                                                  3:11cv8-WS

J.B. BURCH, et al.,

        Defendants.

## ORDER OF DISMISSAL

      Before the court is the magistrate judge's report and recommendation (doc. 27) docketed October 25, 2011. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with an order of the court.

      Upon review of the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

      2. The plaintiff's complaint, and this action, are hereby DISMISSED without prejudice for failure to comply with an order of the court.

      3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

DONE AND ORDERED this      29th      day of     November    , 2011.



                                           s/ William Stafford
                                           WILLIAM STAFFORD
                                           SENIOR UNITED STATES DISTRICT JUDGE